US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 0 2 2015

CHRIS R. JOHNSON, Clerk
By
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KOW COMMODITIES, INC.                                    PLAINTIFF

vs.                     CASE NO: 15-5149 PKH

ETHOS HOLDINGS, LLC; ETHOS
ALTERNATIVE ENERGY, LLC; and
ME BIO ENERGY, LLC                                       DEFENDANTS

### NOTICE OF REMOVAL AND JURY TRIAL REQUESTED

COMES now, the Defendants, Ethos Holdings, LLC, ("Ethos"); Ethos Alternative Energy, LLC ("Alternative"); ME Bio Energy, LLC ("Bio"); and (Ethos, Alternative, and Bio hereinafter sometimes collectively referred to as "Defendants"), by and through Defendants' undersigned counsel, who hereby removes this case to the United States District Court for the Western District of Arkansas pursuant to 28 U.SC. §§ 1332, 1441, and 1446, and would respectively show to the Court in support of this Notice of Removal, to wit:

1. That the Defendants named in the above captioned matter are the only known named Defendants in the state court action.

2. Plaintiff filed its original Complaint captioned KOW Commodities, Inc., Plaintiff vs. Ethos Holdings, LLC; Ethos Alternative Energy, LLC; and ME Bio Energy, LLC, Defendants, case number CV 15-736-1, in the Circuit Court of Washington County, Arkansas on April 27th, 2015.

3. All Defendants were served on June 3rd, 2015.

4. A true and correct copy of the Complaint, and all Summonses issued against the Defendants in this matter, which constitute copies of all other process, pleadings, and orders in

1

the state court case are collectively attached hereto as Exhibit "A." To the best of the Defendants' knowledge and belief, these documents constitute all of the process, pleadings, and orders as of this date.

5. The Complaint states that KOW Commodities, Inc. (hereinafter "KOW") is a corporation that does business presently, and at the time of the alleged matter in the state of Arkansas. However, Defendants state that KOW is a converted corporation now doing business as an Arkansas limited liability company.

6. That the Complaint rightfully recites that Ethos and Alternative are foreign corporations. Further, Ethos and Alternative are Texas corporations.

7. The Complaint wrongfully states that Bio is a domestic corporation and the Defendants submit that Bio is a Texas corporation organized and existing under the laws of the state of Texas.

8. That none of the Defendants have business offices in the state of Arkansas.

9. All Defendants being domiciled from Texas, and the Plaintiff being domiciled in Arkansas, there is complete diversity.

10. In paragraph 12 of the Complaint, Plaintiff alleges that the Defendants owe Plaintiff $1,281,549.50 and ultimately pray for judgment in that principle amount.

11. Because the suit involves citizens of different states for purposes of 28 U.S.C. § 1332(a)(1), complete diversity of citizenship exists as of the date of commencement of the state court action, and the amount in controversy exceeds that required by §§ 1332(a), therefore this matter should be removed to federal court.

12. It is well settled that "the sum claimed by the Plaintiff controls if the claim is apparently made in good faith." *Saint Paul Mercury Indemnco v. Red Cab Co.*, 303 U.S. 283, 288-89 (1938)(footnotes omitted). Therefore the Plaintiff claiming damages in excess of the federal amount in controversy is presumed correct unless shown to a legal certainty that the amount is less than the federal standard. *Freeman v. Blue Ridge Paper Prods.*, 551 F.3d 405, 409 (6th Cir. 2009).

13. The Defendants have timely filed this Notice of Removal within thirty (30) days of receiving the Summonses and Complaint served upon each of them. See 28 U.S.C. § 1446(b).

14. Under 28 U.S.C. § 1441, a Defendant may remove the action to the District Court of the United States for the district and division embracing the place where the action is pending.

15. Plaintiffs filed their original Complaint in Washington County, Arkansas, and thus this case is removable to the United States District Court for the Western District of Arkansas, Fayetteville Division.

16. A copy of this Notice of Removal will be promptly served upon Plaintiff's counsel and filed with the Clerk of the Washington County Circuit Court pursuant to 28 U.S.C. § 1446(a) and (d).

WHEREFORE, the Defendants hereby remove this action from the Washington County Circuit Court, State of Arkansas to the Unites States District Court for the Western District of Arkansas, Fayetteville Division, and request that this action proceed in this Court as an action properly removed to it.

RESPECTFULLY SUBMITTED,
ETHOS HOLDINGS, LLC; ETHOS
ALTERNATIVE ENERGY, LLC; and
ME BIO ENERGY, LLC, DEFENDANTS


By: /s/ Rick Woods
    Rick Woods ABA #95032
    Taylor Law Partners, LLP
    303 E. Millsap Rd.
    Fayetteville, Arkansas 72703
    (479) 443-5222
    (479) 443-7842 facsimile
    rwoods@taylorlawpartners.com


## CERTIFICATE OF SERVICE

I, Rick Woods, hereby certify that a true and correct copy of the foregoing document was served on the 1st day of July, 2015, by:

• U.S. Mail, postage prepaid    ✓ Email    • Facsimile    • Electronic Filing System

To the following:

Mr. J.R. Carroll
KUTAK ROCK, LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Via Email: jr.carroll@kutakrock.com
*Counsel for Plaintiff*


/s/ Rick Woods
Rick Woods