

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

KOW COMMODITIES, INC.                                                          PLAINTIFF

v.                    CASE NO.: CV15-736-1

ETHOS HOLDINGS, LLC; ETHOS
ALTERNATIVE ENERGY, LLC; and
ME BIO ENERGY, LLC                                                             DEFENDANTS



## COMPLAINT

Comes now the Plaintiff, KOW Commodities, Inc. ("KOW"), and for its cause of action against the Defendants, Ethos Holdings, LLC, Alternative Energy, LLC, and ME Bio Energy LLC (collectively, "Ethos"), states and alleges as follows:

### I. JURISDICTION

1. The Plaintiff, KOW, is a corporation that does business presently, and at the time of this matter, in the State of Arkansas.

2. The Defendant, Ethos Holdings LLC ("Ethos, LLC"), is a foreign corporation that does business presently, and at the time of this matter, in the State of Arkansas.

3. The Defendant, Ethos Alternative Energy Holdings LLC ("Ethos Alternative, LLC"), is a foreign corporation that does business presently, and at the time of this matter, in the State of Arkansas.

4. The Defendant, ME Bio Energy LLC ("ME Bio, LLC"), is a domestic corporation that does business presently, and at the time of this matter, in the State of Arkansas.

### II. FACTS

5. On or about October 14, 2014, KOW agreed to supply Defendants certain products, including poultry fat, for processing at their facilities and other facilities in the nation.



EXHIBIT A

4820-9766-3267.1



Under the agreement, all parties agreed that ETHOS would pay for the product and transportation supplied to it by KOW.

6. KOW did supply certain product and transportation to Ethos in which payment was expected.

7. For a considerable amount of time prior to October 14, 2014, Ethos did make proper and accurate payments to KOW.

8. However, on or about June 30, 2014, Ethos breached the contract between the parties by refusing to pay KOW for the product and transportation supplied. Despite KOW's demand for payment of the contract, Ethos has wholly failed and refused to make payment thereon.

## III. FIRST CAUSE OF ACTION

9. On or about October 14, 2014, KOW provided Ethos certain product and transportation for its facilities and other third party facilities at the request of Ethos.

10. The invoices and credit that was provided to Ethos for all materials supplied by KOW.

11. KOW has sent the Defendants periodic pay requests which were continually refused by the Defendants.

12. The Defendants currently owes KOW $1,281,549.50 for product and transportation facilities and other third party facilities at the request of Ethos that was provided by KOW.

13. That the damages incurred, specified above, were directly and proximately caused by the breach of the contract herein. Further, pursuant to Arkansas law, the Plaintiff is entitled to recover its attorney's fees and costs based on the Defendants' breach of contract.

4820-9766-3267.1



## IV. SECOND CAUSE OF ACTION

14. Alternatively, KOW upon information and belief, states that the Defendants have been unjustly enriched for materials provided to the property of which it has not compensated KOW.

15. KOW has provided approximately $1,281,549.50 worth of product and transportation facilities and other third party facilities at the request of Ethos which Ethos has failed and refused to compensate KOW.

16. KOW is entitled to compensation for the benefits upon which it conferred upon the Defendants without compensation.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, KOW Commodities, Inc., prays that it have and recover judgment of and from the Defendants, Ethos Holdings, LLC, Alternative Energy, LLC, and ME Bio Energy LLC in the sum of $1,281,549.50, pre-judgment interest and post-judgment interest, together with reasonable attorney's fees in accordance with Arkansas Code Annoted §16-22-308, plus any and all other and further relief to which in equity this Plaintiff may be entitled.

                    Respectfully submitted,

                    KUTAK ROCK LLP

                    By: _____
                    J. R. Carroll, AR 2003149
                    Suite 200
                    The Brewer Building
                    234 East Millsap Road
                    Fayetteville, AR 72703-4099
                    (479) 973-4200 Telephone
                    (479) 973-0007 Facsimile

                    ATTORNEY FOR PLAINTIFF

4820-9766-3267.1

## VERIFICATION

STATE OF ARKANSAS  )
                  ) ss.
COUNTY OF WASHINGTON )

I, Kevin Ownbey, being duly sworn according to law deposes and says that he is an officer of KOW Commodities, Inc. and that he is authorized to make this verification on behalf of KOW Commodities Inc. in the above-mentioned matter and that the allegations and the facts set forth in the foregoing Complaint, were compiled by himself or were compiled under his direction, and are true and correct to the best of his knowledge, information, and belief.

KOW COMMODITIES, INC.

By: _____
    Kevin Ownbey

DATE: 4-27-15

*Russ [signature]* — Notary for Kevin Ownbey
4-27-15

```
RUSS GREENLEE
NOTARY PUBLIC
BENTON CO., AR
COMM. EXP. 01/13/2021
COMM. # 12380166
```

4

4820-9766-3267.1